**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2203

EDWARD R. ROUSE,

Plaintiff - Appellant,

versus

TOGO D. WEST, JR., Acting Secretary of
Veterans Affairs,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-98-425-3)

Submitted: September 30, 1998        Decided: October 14, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edward R. Rouse, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward R. Rouse appeals from the district court's order dismissing without prejudice his civil action. The district court dismissed Rouse's complaint without prejudice for failure to show that he had exhausted his administrative remedies. Because a dismissal without prejudice is not generally appealable, we dismiss the appeal. <u>See</u> <u>Domino Sugar Corp. v. Sugar Workers Local Union 392</u>, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2